In the Matter of the Claim of NICOLE ROTHENBERGER, Appellant. COMMISSIONER OF LABOR, Respondent. [995 NYS2d 532]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 29, 2013, which, among other things, ruled that claimant was ineligible to receive unemployment insurance benefits because she was not totally unemployed.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.